{¶ 1} The portion of the court of appeals’ judgment holding that appellee (appellant below) Norma Leach has standing to appeal the creation of a guardianship over Alice Richardson is reversed on the authority of our decision in In re Santrucek, 120 Ohio St.3d 67, 2008-Ohio-4915, 896 N.E.2d 683. This reversal does not affect other portions of the court of appeals’ judgment on issues not accepted for review by this court.
Moyer, C.J., and O’Connor, O’Donnell, and Lanzinger, JJ., concur.
Pfeifer and Lundberg Stratton, JJ., dissent.
Cupp, J., dissents and would dismiss the cause as having been improvidently accepted.